IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHIRLEY BUFORD                                                                Plaintiff

v.                                       3:05CV00141 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                      Defendant

ORDER

Plaintiff has filed a motion to dismiss, stating that she and her attorney feel it would be in her best interest to withdraw this appeal.  Although time has passed, Defendant has not objected to the granting of Plaintiff's motion.  There appears no other reason that Plaintiff's motion should not be granted.

WHEREFORE, premises considered, Plaintiff's motion to dismiss (docket #10) is hereby granted.  All other pending motions are hereby rendered moot.

IT IS SO ORDERED.

DATED this 12th day of January, 2006.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE